```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

February 12, 2018

To: **Brad J Sadek, Esq.**

```
                          In re: Tracy A. Baldwin
                          Bankruptcy No. 18-10493
                          Adversary No.
                          Chapter 13
```

    Re **Motion to Extend Time**

The above pleading was filed in this office on **February 9, 2018.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()   Affidavit
        ()   Certificate of Service
        ()   Certification of no response
        ()   Notice pursuant to Rule 9019
        ()   Notice pursuant to Rule 2002
        ()   Notice pursuant to Rule 3007.1
        ()   Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        (x)  Proposed Order
        ()   Stipulation
        ()   Certification of Default
        ()   $30.00 Filing Fee for Amendments
        ()   $25.00 Claims Transfer Fee
        ()   Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                    Timothy B. McGrath
                                    Clerk

                                    By: <u>Paul  A. Puskar</u>
                                         Deputy Clerk

status.frm
(rev. 2/04/14)